United States District Court
Southern District of Texas
**ENTERED**
March 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LUIS A. FIGUEROA, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-106 |
| | § | |
| MARTIN J O'MALLEY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Luis A. Figueroa's cause of action, and all objections thereto.  After having reviewed the said Report and Recommendation, and after appropriate review of the objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 13 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Magistrate Judge, is of the opinion that the Commissioner's decision is **AFFIRMED**, and that this case be **DISMISSED**.

The Clerk shall send a copy of this Order to counsel for the parties.

SO ORDERED March 26, 2026, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge